The State ex rel. Kaczur, Appellant, *v.* Industrial Commission of Ohio, Appellee, et al.

[Cite as *State ex rel. Kaczur v. Indus. Comm.* (2000), 88 Ohio St.3d 230.]

(No. 99–1138—Submitted February 8, 2000—Decided March 22, 2000.)

*Shapiro, Kendis & Associates Co., L.P.A.,* and *Rachel B. Jaffy,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cecille Caluya Harris,* Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

Moyer, C.J., Douglas, Resnick, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

F.E. Sweeney, J., dissents and would reverse the judgment of the court of appeals.